# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-3610
LT Case No. 16-2010-CF-005410-A

_____

JEFFREY LOPEZ,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

3.800 Appeal from the Circuit Court for Duval County.
Mark Jeffrey Borello, Judge.

Jeffrey Lopez, Milton, pro so.

James Uthmeier, Attorney General, and Darcy Townsend, Assistant Attorney General, Tallahassee, for Appellee.

August 6, 2026

PER CURIAM.

    AFFIRMED.

WALLIS, HARRIS, and BOATWRIGHT, JJ., concur.

————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

————————————————